## UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

JAMES PETER,

    Plaintiff,

vs.

STRYKER ORTHOPAEDICS, INC., a foreign corporation, THE STRYKER CORPORATION, a Michigan corporation, STRYKER BIOTECH LLC, a Michigan corporation, HOWMEDICA OSTEONICS CORP., a foreign corporation, and STRYKER TECHNOLOGIES CORP., a Michigan corporation, Jointly and Severally,

    Defendants.

Civil Action No. 07-13298

Honorable Patrick J. Duggan

| Charles B. Ebel (P57578) | Jill M. Wheaton (P49921) |
|---|---|
| AHKTAR & EBEL | Krista L. Lenart (P59601) |
| Attorneys for Plaintiff | DYKEMA GOSSETT PLLC |
| 4540 Highland Road | Attorneys for Defendants |
| Waterford, MI 48328 | 2723 South State Street, Suite 400 |
| (248) 722-9236 | Ann Arbor, MI 48104 |
|  | (734) 214-7660 |

## ORDER RESOLVING MOTION TO EXCLUDE EXPERT TESTIMONY AND SETTING DEADLINES

    This matter having come before the Court on Defendant Howmedica Osteonics Corp.'s Motion To Exclude Expert Testimony, To Compel Production Of Prosthetic Knee Implant By A Date Certain, And To Extend Deadline For Howmedica's Expert Reports, and the Court having conducted a telephone conference with counsel for both parties on October 22, 2008, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED THAT pursuant to Fed. R. Civ. P. 26(a)(2)(B), Plaintiff James Peter shall provide Defendant Howmedica Osteonics Corp. with written reports from all of Plaintiff's expert witnesses by **October 31, 2008**, and any expert witness from whom a report is not provided by that date shall be precluded from testifying or otherwise providing opinions in this action;

IT IS FURTHER ORDERED THAT all of Plaintiffs' expert witnesses shall be made available for deposition no later than **November 28, 2008**,

IT IS FURTHER ORDERED THAT pursuant to Fed. R. Civ. P. 26(a)(2)(B), Defendant Howmedica Osteonics Corp. shall provide Plaintiff with written reports from all of Howmedica's expert witnesses by **December 19, 2008**.

IT IS FURTHER ORDERED THAT the portion of Howmedica's motion that sought production of the implant at issue in this litigation is denied as moot.

SO ORDERED.

S/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: December 4, 2008  December 4, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 4, 2008 December 4, 2008, by electronic and/or ordinary mail.

S/Marilyn Orem
Case Manager

Prepared by:
Krista L. Lenart (P59601)
Attorney for Defendants
klenart@dykema.com