# UNITED STATES DISTRICT COURT
# IN THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JAMES PETER,

    Plaintiff,

vs.

STRYKER ORTHOPAEDICS, INC., a foreign corporation, THE STRYKER CORPORATION, a Michigan corporation, STRYKER BIOTECH LLC, a Michigan corporation, HOWMEDICA OSTEONICS CORP., a foreign corporation, and STRYKER TECHNOLOGIES CORP., a Michigan corporation, Jointly and Severally,

    Defendants.

Civil Action No. 07-13298

Honorable Patrick J. Duggan

---

| | |
|---|---|
| Charles B. Ebel (P57578) | Jill M. Wheaton (P49921) |
| AHKTAR & EBEL | Krista L. Lenart (P59601) |
| Attorneys for Plaintiff | DYKEMA GOSSETT PLLC |
| 4540 Highland Rd | Attorneys for Defendants |
| Waterford, MI 48328 | 2723 South State Street, Suite 400 |
| (248) 722-9236 | Ann Arbor, MI 48104 |
| | (734) 214-7660 |

## ORDER EXCLUDING EXPERT TESTIMONY AND REPORT, EXTENDING DISPOSITIVE MOTION CUTOFF, AND AWARDING COSTS AND FEES

This matter having come before the Court on Defendant Howmedica Osteonics Corp.'s Motion To Strike Expert Report, Exclude Expert Testimony, and Extend Dates, and the Court having held oral argument on the motion on December 4, 2008, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED THAT Howmedica's motion to strike the expert report and exclude the expert testimony of Mari S. Truman is GRANTED, for the reasons stated on the record.

IT IS FURTHER ORDERED THAT Howmedica's motion to extend dates is GRANTED in part and DENIED in part, for the reasons stated on the record. The dispositive motion cutoff shall be extended to **December 23, 2008**, but the other deadlines remain the same. It is noted that if this case is not resolved through a dispositive motion, Howmedica shall have an opportunity to submit expert witness reports at a date later set by the court.

IT IS FURTHER ORDERED THAT Howmedica's motion for costs and fees pursuant to Fed. R. Civ. P. 37(b) and (c) is GRANTED, for the reasons stated on the record. Plaintiff's counsel is hereby ordered to pay the sum of **$2,500.00** to Howmedica (via Howmedica's counsel) by **December 18, 2008. FAILURE TO COMPLY WITH THIS PORTION OF THIS ORDER WILL SUBJECT PLAINTIFF'S CASE TO DISMISSAL.**

SO ORDERED.

        S/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: December 5, 2008  December 5, 2008
I hereby certify that a copy of the foregoing document was served upon counsel of record on December 5, 2008 December 5, 2008, by electronic and/or ordinary mail.
        S/Marilyn Orem
        Case Manager
Prepared by:

/s/ Krista L. Lenart
Krista L. Lenart (P59601)
DYKEMA GOSSETT PLLC
Attorneys for Defendants
2723 South State Street, Suite 400
Ann Arbor, MI 48104
(734) 214-7660